THOMAS DUNPHY, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 20156.)

JOHN J. HANNAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claims Nos. 19314 and 19951.)

(Argued January 17, 1934; decided February 27, 1934.)

*J. Stanley Carter* for Thomas Dunphy, appellant.

*J. Stanley Carter, M. J. Conboy* and *Alfred M. O' Neill* for John J. Hannan, appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *John M. Dooley* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.